UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Anhui Aido Garment Company, Ltd. | ) | 7:21-CV-01523 KMK |
| Plaintiff | ) | |
| | ) | **DEFAUT FINAL JUDGMENT** |
| -against- | ) | |
| | ) | |
| Knitwork Productions II, LLC. | ) | |
| Defendant | ) | |

This action having, been commenced on February 25, 2021 by the filing pf the Summons and Complaint and a copy of the Summons and Complaint being personally served on the defendant, Knitwork Productions II, LLC., on March 2, 2021 by personal service on Nancy Dougherty, authorized agent, Secretary of State, and proof of service having been filed on and the March 9, 2021 defendant not having answered the Complaint, and the time for answering the Complaint having expired or otherwise move to extend, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of One Million Three Hundred Sixty-One Thousand Eight Hundred Forty-Eight Dollars and Seventy-Three Cents ($1,361,348.73).

Date _____6/2/21_____

U. S. D. J.